IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGINEERED DEMOLITION, INC. | ) | |
| Plaintiff, | ) | No. 03-2231C |
| v. | ) | (Judge Charles Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of ANDREW P. AVERBACH as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-0290
Fax: (202) 514-8624

October 10, 2003

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 10th day of October 2003, I caused to be served by United States mail (first class, postage prepaid) copies of "NOTICE OF APPEARANCE" addressed as follows:

John C. Person, Esquire
PERSON & CRAVER LLP
1801 K Street, N.W.
Washington, D.C. 20006

s/ Andrew P. Averbach