# In the United States Court of Federal Claims

**NOTICE**

**ENGINEERED DEMOLITION, INC.**

**No. 03-2231 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., November 18, 2003**

To Attorney of Record, Assistant Attorney General, and Judge Lettow:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed November 18, 2003, for enlargement of time to respond to the complaint

the following order by the Acting Chief Deputy Clerk:

**ALLOWED.**

Brian Bishop

Brian Bishop, Clerk