IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2231C

(Filed: March 3, 2004)

ENGINEERED DEMOLITION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

It is hereby **ORDERED** that:

A hearing on defendant's motion to dismiss shall be held on March 25, 2004, commencing at 2:00 p.m., at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC. The courtroom in which the hearing will be held shall be posted in the lobby of the building.

s/ Charles F. Lettow
Charles F. Lettow
Judge