IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGINEERED DEMOLITION, INC., | ) | |
| Plaintiff, | ) | No. 03-2231C |
| v. | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF SUPPLEMENTATION OF APPENDIX**
**<u>IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS</u>**

Pursuant to the Court's order at oral argument on March 25, 2004, defendant supplements the appendix in support of its motion to dismiss with the following documents:

Letter dated February 10, 2002 from Bill Welch (ENDE) to David Mueller (USACE)

Letter dated April 18, 2002 from David Mueller (USACE) to Bill Welch (ENDE)

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 307-0290
Fax (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

Beth Pitrolo
U.S. Army Corps of Engineers

April 2, 2004