IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2231C

(Filed: June 14, 2004)

| | |
|---|---|
| ENGINEERED DEMOLITION, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The Opinion and Order issued on June 9, 2004, is amended in two respects as follows:

(1) On page 3, footnote 4, in the first line, the words "as part of the original record" should be stricken and replaced by "with the complaint."

(2) On page 12, in the third paragraph, the citation for *Warchol Construction Co. v. United States*, should be changed from "2 Ct. Cl. 384 (1983)" to "2 Cl. Ct. 384 (1983)."

s/ Charles F. Lettow
Charles F. Lettow
Judge