IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGINEERED DEMOLITION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2231C |
| v. | ) | |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT PRELIMINARY STATUS REPORT**

Pursuant to Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff and defendant respectfully submit the following joint preliminary status report:

a. Jurisdiction

Plaintiff states that the Court possesses jurisdiction to consider and decide this action pursuant to 28 U.S.C. § 1491. Other than the basis set forth in its motion to dismiss, which the Court denied, defendant is not aware of an additional basis upon which to challenge the Court's jurisdiction at this time.

b. Consolidation

The parties agree that this case should not be consolidated with any other case.

c. Bifurcation

The parties agree that trial of liability and damages should not be bifurcated.

d. Deferral

The parties agree that further proceedings in this case should not be deferred pending consideration of another case before this Court of any other tribunal.

e. Remand/Suspension

The parties agree that no remand or suspension will be sought.

f. Joinder

The parties agree that no additional parties will be joined.

g. Dispositive Motions

One or both parties may move for summary judgment pursuant to RCFC 56.

h. Relevant Issues

1. Whether defendant's instructions concerning the elevation to which soil was to be removed effected a breach of the contract between the parties.

2. Whether plaintiff is entitled to an equitable adjustment based upon the difference between the quantity of soil that was estimated for removal and the quantity of soil actually removed by plaintiff.

3. Whether defendant negligently estimated the amount of soil to be removed by plaintiff pursuant to the contract between the parties.

4. Whether any failure by plaintiff to conduct a survey to verify the quantity of soil to be removed shifted the risk to plaintiff of a shortfall between the quantity of soil that was estimated for removal and the quantity of soil actually removed.

5. Whether and to what extent plaintiff has sustained and mitigated claimed damages.

i. Settlement

The parties anticipate pursuing settlement negotiations upon an informal basis as the litigation progresses.

j. Trial

As stated above, one or both parties may move for summary judgment pursuant to RCFC 56. If dispositive motions are not submitted, or if they are not completely dispositive of this action, the parties anticipate proceeding to trial. The parties do not request expedited trial scheduling. Because the witnesses reside in several different locations, the parties anticipate that a trial would take place in Washington, D.C.

k. Electronic Case Management

Parties have no special issue regarding electronic case management needs.

l. Additional Information

There is no additional information of which the Court should be aware at this time.

m. Proposed Discovery Plan

The parties intend to conduct simultaneous discovery through interrogatories, requests for admission, requests for production of documents, and depositions. The parties propose the following discovery schedule:

| | |
|---|---|
| Exchange of Initial Disclosures | September 15, 2004 |
| Close of Fact Discovery | February 1, 2005 |
| Plaintiff's Expert Report Due | March 1, 2005 |
| Defendant's Expert Report Due | April 1, 2005 |
| Deadline for Expert Depositions | May 1, 2005 |

Respectfully submitted,

s/ John C. Person
John C. Person
PERSON & CRAVER LLP
1801 K Street, N.W.
Washington, DC 20006
Tel. (202) 466-4434
Fax (202) 466-4416

Attorneys for Plaintiff

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax. (202) 514-8624

Attorneys for Defendant

August 12, 2004