IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2231C

(Filed: August 13, 2004)

ENGINEERED DEMOLITION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

SCHEDULING ORDER

The Court acknowledges the Joint Preliminary Status Report submitted by the parties on August 12, 2004. The parties' proposed schedule is substantially adopted with an additional item as follows:

| activity | due date |
|---|---|
| Exchange of Initial Disclosures | September 15, 2004 |
| Close of Fact Discovery | February 1, 2005 |
| Plaintiff's Expert Report Due | March 1, 2005 |
| Defendant's Expert Report Due | April 1, 2005 |
| Deadline for Expert Depositions | May 2, 2005 |
| Joint Status Report Due | May 16, 2005 |

s/ Charles F. Lettow
Charles F. Lettow
Judge