IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGINEERED DEMOLITION, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2231C |
| v. | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 60-day enlargement of time, to and including April 2, 2005 (the 60th day being a Saturday), within which to complete its fact discovery. Fact discovery is currently scheduled to close on February 1, 2005. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel does not oppose this request.

The requested enlargement of time is necessary because plaintiff has requested additional time, due to various scheduling conflicts, to respond to defendant's first set of interrogatories and documents requests, which were served on November 17, 2004. Plaintiff has represented that its responses to these interrogatories and document requests will be provided within the next several days. Defendant intends to conduct depositions and may serve additional discovery requests after plaintiff responds to defendant's initial round of discovery.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion to enlarge the time within which we may complete fact discovery by 60 days, to and including April 2, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0290
Fax. (202) 514-8624

January 18, 2005

Attorneys for Defendant