IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2231C

(Filed: January 28, 2005)

ENGINEERED DEMOLITION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion for An Enlargement of Time. Defendant seeks an extension of time of sixty days, to and including April 2, 2005, to complete its fact discovery. For good cause shown, defendant's motion is **GRANTED**.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge