IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGINEERED DEMOLITION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2231C |
| v. | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO COMPLETE DEPOSITIONS OF FACT WITNESSES**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including May 2, 2005, within which to complete depositions of fact witnesses. Fact discovery is currently scheduled to close on April 2, 2005. Plaintiff's counsel does not oppose this request.

This is our second request for an enlargement of time for this purpose. We previously obtained a sixty-day enlargement of time to complete fact discovery because plaintiff needed additional time, due to various scheduling conflicts, to respond to defendant's first set of interrogatories and documents requests.

Last month, defendant noticed the depositions of two employees of plaintiff for March 18, 2005. These depositions will likely take place in Coeur d'Alene, Idaho. However, on March 4, 2005, counsel for plaintiff indicated that he is not available for depositions during the week of March 14 (including March 18), and that he would not be able to conduct the depositions during the week of March 7. Undersigned counsel is unavailable on March 21 and March 22, and is scheduled to be away from the office on a pre-scheduled vacation from March 23 through March

30.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion to enlarge the time within which to complete depositions of fact witnesses by 30 days, to and including May 2, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0290
Fax. (202) 514-8624

March 7, 2005

Attorneys for Defendant