IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2231C

(Filed: March 8, 2005)

ENGINEERED DEMOLITION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion for An Enlargement of Time to Complete Depositions of Fact Witnesses, filed March 7, 2005. Defendant seeks an extension of time of thirty days, to and including May 2, 2005, to complete depositions of fact witnesses. For good cause shown, it is hereby **ORDERED** that:

1. Defendant's motion is GRANTED. Factual discovery shall be concluded on or before May 2, 2005.

2. The parties shall submit a joint status report on or before July 29, 2005.

s/ Charles F. Lettow
Charles F. Lettow
Judge