IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGINEERED DEMOLITION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2231C |
| v. | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO COMPLETE DEPOSITIONS OF FACT WITNESSES**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including June 1, 2005, within which to complete depositions of fact witnesses. Fact discovery is currently scheduled to close on May 2, 2005. Plaintiff's counsel does not oppose this request.

This is our third request for an enlargement of time for this purpose. We previously obtained a sixty-day enlargement of time to complete fact discovery because plaintiff needed additional time, due to various scheduling conflicts, to respond to defendant's first set of interrogatories and document requests. We obtained a second thirty-day enlargement, until May 2, 2005, when counsel for plaintiff indicated that he was not available for depositions during the two weeks in March when we sought to take depositions of plaintiff's employees in Coeur d'Alene, Idaho. On March 23, 2005, we re-noticed these depositions for April 7 and 8, 2005, but counsel for plaintiff has indicated that the witnesses are not available at the designated times or at any time during the week of April 11. Undersigned counsel has been assigned bid protest duty during the weeks of April 18 and April 25 and cannot travel to Idaho to conduct depositions

during this period.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion to enlarge the time within which to complete depositions of fact witnesses by 30 days, to and including June 1, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0290
Fax. (202) 514-8624

April 5, 2005

Attorneys for Defendant