IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2231C

(Filed: April 7, 2005)

| | |
|---|---|
| ENGINEERED DEMOLITION, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time to Complete Depositions of Fact Witnesses, filed on April 5, 2005. Defendant seeks an extension of time of thirty days, to and including June 1, 2005, to complete depositions of fact witnesses. For good cause shown, defendant's motion is **GRANTED**.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge