IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGINEERED DEMOLITION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2231C |
| v. | ) | |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated March 8, 2005, the parties report that they have completed discovery. Defendant does not believe that alternative dispute resolution is warranted and intends to move for summary judgment, and requests until September 30, 2005 to file its motion for summary judgment. Prior to that motion, however, Plaintiff requests that this matter be referred to a Settlement Judge for potential resolution. Plaintiff seeks to appear before the Settlement Judge on the date and time of the Court's convenience and choosing, ideally during the first half of September 2005.

Respectfully submitted,

s/ John C. Person
John C. Person
PERSON & CRAVER LLP
1801 K Street, N.W.
Washington, DC 20006
Tel. (202) 466-4434
Fax (202) 466-4416

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax. (202) 305-2118

Attorneys for Defendant

July 29, 2005