IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2231C

(Filed: July 29, 2005)

| | |
|---|---|
| ENGINEERED DEMOLITION, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court acknowledges the joint status report filed by the parties earlier today.

In the joint status report, plaintiff has requested that the case be referred to a settlement judge for potential resolution. However, both parties must agree to alternative dispute resolution before such a procedure is invoked, *see* Rules of the Court of Federal Claims, Appendix H, and the government has expressed its disagreement. Plaintiff's request accordingly cannot be granted.

Also in the report, the government requests time to September 30, 2005, to file a motion for summary judgment. Good cause for such leave has been shown. Defendant shall file a motion for summary judgment on or before September 30, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge