No. 03-2231C
(Judge Lettow)

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

ENGINEERED DEMOLITION, INC.,

Plaintiff,
v.

THE UNITED STATES,

Defendant.

---

**APPENDIX IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

FRANKLIN E. WHITE, JR.
Assistant Director

ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax. (202) 305-2118

Of Counsel:
Beth Pitrolo
U.S. Army Corps of Engineers

September 30, 2005

Attorneys for Defendant

**TABLE OF CONTENTS**

Complaint . . . . . 1

Plaintiff's Responses to Defendant's Interrogatories and Document Requests . . . . . 11

Solicitation No. DACW45-01-R-0702 (excerpts) . . . . . 22

Contract No. DACW45-01-C-0702 (excerpts) . . . . . 29

Modification P00006 to Contract No. DACW45-01-C-0702 . . . . . 41

Notice to proceed, September 6, 2001 . . . . . 44

Letter from David Mueller, USACE to Bill Welch, ENDE, October 1, 2001, enclosing Memorandum for Record, September 27, 2001 . . . . . 45

Letter from Bill Welch, ENDE to David Mueller, USACE, February 10, 2002 . . . . . 49

Letter from David Mueller, USACE to Bill Welch, ENDE, April 18, 2002 . . . . . 51

Letter from Anna Chong, ENDE, to Brenda Wynne-George, USACE, July 17, 2002 . . . . . 52

Letter from Craig Kosonen, ENDE to Brenda Wynne-George, USACE, September 18, 2002 . . . 60

Letter from Craig Kosonen, ENDE to Brenda Wynne-George, USACE, September 25, 2002 . . . 61

Letter from Brenda Wynne-George, USACE, to Anna Chong, ENDE, September 25, 2002 . . . . . 63

Letter from Brenda Wynne-George, USACE, to Craig Kosonen, ENDE, October 8, 2002 . . . . . . 68

Excerpts of Deposition of William Welch . . . . . 70

Declaration of David E. Mueller . . . . . 74