# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING | PAGE 1 OF PAGES 1

| 2. CONTRACT NO. | 3. SOLICITATION NO. | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NO. |
|---|---|---|---|---|
| | DACW43-01-R-0702 | [ ] SEALED BID (IFB)<br>[X] NEGOTIATED (RFP) | 24 July 2001 | W81C8X-0350-9875 |

7. ISSUED BY CODE DACW43
CONTRACTING DIVISION
USARMY ENGR DIST ST LOUIS
1222 SPRUCE ST, RM 4.207
ST LOUIS MO 63103-2833
TEL:
FAX:

8. ADDRESS OFFER TO (If other than Item 7) CODE
See Item 7
TEL:
FAX:

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and 1 copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in ________ until ______ (Hour) local time ______ (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE (Include area code) (NO COLLECT CALLS) | C. E-MAIL ADDRESS |
|---|---|---|---|
| | JO ANN C. MORITZ | 314-331-8507 | Joann.C.Moritz@mvs02.usace.army.mil |

11. TABLE OF CONTENTS


| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/ CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 70 |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 3 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| X | C | DESCRIPTION/ SPECS./ WORK STATEMENT | 110 | X | J | LIST OF ATTACHMENTS | 1 |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 1 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 8 |
| X | F | DELIVERIES OR PERFORMANCE | 2 | | | | |
| | G | CONTRACT ADMINISTRATION DATA | | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 3 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 13 | | M | EVALUATION FACTORS FOR AWARD | |


## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ________ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8)

| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |
| | | | | |

15A. NAME AND ADDRESS OF OFFEROR CODE FACILITY

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)

15B. TELEPHONE NO (Include area code)

15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE.

17. SIGNATURE

18. OFFER DATE

## AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253(c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) ITEM

24. ADMINISTERED BY (If other than Item 7) CODE

25. PAYMENT WILL BE MADE BY CODE

26. NAME OF CONTRACTING OFFICER (Type or print)

27. UNITED STATES OF AMERICA
(Signature of Contracting Officer)

28. AWARD DATE

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

Previous Edition is Unusable 33-134 STANDARD FORM 33 (REV. 9-97) Prescribed by GSA FAR (48 CFR) 53.214(c)

SECTION B Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | Mobilization and Preparatory Work | 1.00 | Lump Sum | XXX | $__________ |
| 0002 | Monitoring, Sampling, Testing, and Analysis | 1.00 | Lump Sum | XXX | $__________ |
| 0003 | Site Work | 1.00 | Lump Sum | XXX | $__________ |
| 0004 thru 0007 | NOT USED | | | | |
| 0008 | Main Pile Removal | 8,080.00 | Cubic Yard | $__________ | $__________ |
| 0009 thru 0018 | NOT USED | | | | |
| 0019 | Disposal - Rail Transportaton | 10,500.00 | Cubic Yard | $__________ | $__________ |
| 0020 | Site Restoration | 1.00 | Lump Sum | XXX | $__________ |
| 0021 | Demobilization | 1.00 | Lump Sum | XXX | $__________ |
| | | TOTAL ABOVE ITEMS | | | $__________ |

**BIDDING SCHEDULE NOTES**

1. All quantities shown on the SUPPLIES OR SERVICES AND PRICE/COSTS are estimated quantities except when the unit is shown as Lump Sum.

2. The Item No. Descriptions coincide with the U.S. Army Corps of Engineers Work Breakdown Structure for Hazardous and Toxic Remediation Wastes (HTRW-WBS). Only those features anticipated to be required are used and listed.

3. MOBILIZATION AND PREPARATORY WORK, Item No. 0001, includes submittals and implementation plans, mobilization of personnel, facilities and construction equipment, setup and construction of temporary facilities, temporary utilities, required training and institutional controls.

   a. Submittals and Implementation Plans includes all work associated with the preparation, review, and submittal of all required plans as designated in the Contract Documents and any local, state and federal permits.

   b. Mobilization of Personnel includes relocation of supervisory personnel and workmen.

   c. Mobilization of Construction Equipment includes preparation of equipment for transport, equipment transportation and setup, manifests, tolls, permits, escort vehicles, drivers and equipment operators.

   d. Setup and Construction of Temporary Facilities includes preparation of the contractor laydown/storage area, the procurement, setup and construction of office trailers, emergency and decontamination facilities, access roads, facilities, staging areas and other temporary facilities.

   e. Temporary Utilities are power and lighting, telephone, water, sewer and gas services to be in place only during this construction contract.

   f. Required Training for Contractor Employees includes the training described in Section 01130 - ENVIRONMENTAL PROTECTION, Paragraph 3.8.

   g. Institutional Controls include all measures required to protect the public health and safety, such as posting warning signs, placing fencing around the site, etc.

4. MONITORING, SAMPLING, TESTING AND ANALYSIS, Item No. 0002, includes two features: (1) All equipment, labor and materials associated with executing the Safety, Health and Emergency Response (HTRW) plans required in SECTIONS 01130 and 01351; and (2) all such work in compliance with applicable regulations required to verify and ensure that the waste shipped for disposal meets the applicable, acceptance criteria established by Envirocare of Utah or another licensed disposal facility, as approved by the Contracting Officer or their representative.

5. SITEWORK, Item No. 0003, includes site preparation, site development and site maintenance associated with and required for the removal of the Main Pile.

   a. Site Preparation includes protection of monitoring wells, utilities and manholes and other associated activities.

   b. Site Development includes all work to divert and collect storm and surface water flows, and to control erosion by means of the storm water and sediment control system,

drainage ditching and swales, silt fencing, erosion matting, construction of berms to collect runoff, and other erosion control measures, as required.

c. Site Maintenance includes radiologically monitoring and maintenance of the Haul Road.

6. MAIN PILE REMOVAL, Item No. 0008, includes all work to completely remove and load the contaminated waste material, and liners and geonets by front-end loader, backhoe or other mechanical means to the railroad cars. This item shall also include all work to provide, remove and replace a tarp to protect the pile and all open/disturbed areas during removal activities.

7. DISPOSAL – RAIL TRANSPORTATION (COMMERCIAL), Item No. 0019, provides for the final placement of waste at third party commercial facilities that charge a fee to accept waste, and includes transportation to the final disposal facility. Disposal fees are not part of this contract. All work and costs involved with the transportation, by rail, to the disposal site are to be included in Item No. 0019, DISPOSAL - RAIL TRANSPORTATION, as further defined in the Measurement and Payment Clause.

8. SITE RESTORATION, Item No. 0020, includes installation of (new) separation/filtration geotextile material, the importation and placement of clean topsoil, fine grading, and revegetation.

9. DEMOBILIZATION, Item No. 0021, includes the takedown and removal of temporary facilities and utilities, the cleaning and decontamination of equipment, preparation of as-built drawings, and all activities for transporting equipment from the site.

| **Activity** | **Material Determination** | **Material Disposition** | **Payment** |
|---|---|---|---|
| Removal of Main Pile (low-level contaminated soil) | none | All loaded | 0008 – Main Pile Removal |

**END OF SECTION B**

**SECTION C**
**TABLE OF CONTENTS**


| | |
|---|---|
| SECTION 01010 – Summary of Work | 3 Pages |
| SECTION 01025 – Measure and Payment | 2 Pages |
| SECTION 01130 – Environmental Protection | 9 Pages |
| SECTION 01330 – Submittal Procedures | 4 Pages |
| Submittal Registers | 7 Pages |
| SECTION 01351 – Safety, Health, and Environmental Response (HTRW) | 40 Pages |
| Example Certificate of Worker/Visitor Acknowledgement | 2 Pages |
| SECTION 01440 – Contractor Quality Control | 8 Pages |
| SECTION 01500 – Temporary Construction Activities | 5 Pages |
| SECTION 01565 – Storm Water Pollution Prevention Measures | 7 Pages |
| SECTION 02120 – Transportation of Hazardous Materials Requirements | 12 Pages |
| SECTION 02221 – Soil Removal | 4 Pages |
| Sample Field Safety Checklist | 1 Page |
| SECTION 02272 – Separation/Filtration Geotextile | 3 Pages |
| SECTION 02935 – Sod | 3 pages |

## SECTION 01010

## SUMMARY OF WORK

### PART 1 GENERAL

1.1 SITE LOCATION

The project location is at the Hazelwood Interim Storage Site (HISS), St. Louis County, Missouri. Location of the project is shown on the Location Map of the contract drawings.

1.2 WORK COVERED BY CONTRACT DOCUMENTS

1.2.1 Phases of Work

Without intending to limit or restrict the extent of work required, the work generally comprises removal, transportation, and disposal of radiologically contaminated material located in the Main Pile, and engineering controls to control offsite spread of contamination from the HISS site.

1.2.2 Drawings

The following listed drawings accompany the technical specifications:

| Drawing No. | Drawing Title |
|---|---|
| | Cover Sheet |
| G-1 | Location Map and Index of Drawings |
| C-1 | Existing Site Plan |
| C-2 | Final Grading Plan |
| C-3 | Cross Sections |
| C-4 | Erosion Control and Miscellaneous Details |

1.3 COORDINATION AND INTERFERENCES

1.3.1 Minor Interferences and Obstructions

The drawings are generally indicative of the Work and as such cannot show actual field conditions. Measures shall be taken to address minor interferences with surface and subsurface obstructions as part of the Work.

1.3.2 Interfacing with Existing Site Conditions

a. Site access control shall be maintained at all times to prevent unauthorized entry to Work areas and adjacent areas of the site that are accessible through the existing gate at Latty Ave.

b. The Contractor shall provide proper signage and barricades when conducting Work in accordance with local, state, and federal requirements, or other authorities having jurisdiction.

c. The Contractor is responsible for verifying actual location and grade as needed for this project. Problems shall be brought to the attention of the USACE.

(c) Offerors located outside the United States may obtain the location and phone number of the local Dun and Bradstreet Information Services office from the Internet Home Page at http://www.customerservice@dnb.com/. If an offeror is unable to locate a local service center, it may send an e-mail to Dun and Bradstreet at globalinfo@dnb.com.

(End of provision)

52.216-1 TYPE OF CONTRACT (APR 1984)

The Government contemplates award of a Firm Fixed Price contract resulting from this solicitation.

(End of clause)

52.237-1 SITE VISIT (APR 1984)

(a) Offerors or quoters are urged and expected to inspect the site where services are to be performed and to satisfy themselves regarding all general and local conditions that may affect the cost of contract performance, to the extent that the information is reasonably obtainable. In no event shall failure to inspect the site constitute grounds for a claim after contract award.

252.204-7001 COMMERCIAL AND GOVERNMENT ENTITY (CAGE) CODE REPORTING (AUG 1999)

(a) The offeror is requested to enter its CAGE code on its offer in the block with its name and address. The CAGE code entered must be for that name and address. Enter "CAGE" before the number.

(b) If the offeror does not have a CAGE code, it may ask the Contracting Officer to request one from the Defense Logistics Information Service (DLIS). The Contracting Officer will--

(1) Ask the Contractor to complete section B of a DD Form 2051, Request for Assignment of a Commercial and Government Entity (CAGE) Code;

(2) Complete section A and forward the form to DLIS; and

(3) Notify the Contractor of its assigned CAGE code.

(c) Do not delay submission of the offer pending receipt of a CAGE code.

(End of provision)

252.204-7004 REQUIRED CENTRAL CONTRACTOR REGISTRATION.(MAR 2000)

(a) Definitions.

As used in this clause--

(1) Central Contractor Registration (CCR) database means the primary DoD repository for contractor information required for the conduct of business with DoD.

(2) Data Universal Numbering System (DUNS) number means the 9-digit number assigned by Dun and Bradstreet Information Services to identify unique business entities.

**AWARD/CONTRACT**

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) ▶ RATING | PAGE 1 OF 1 PAGES

2. CONTRACT *(Proc. Inst. Indent.)* NO. DACW43-01-C-0426

3. EFFECTIVE DATE See Block 20C

4. REQUISITION/PURCHASE REQUEST/PROJECT NO. W81C8X-0350-9875

5. ISSUED BY CODE DACW43
CONTRACTING DIVISION
USARMY ENGR DIST ST LOUIS
1222 SPRUCE ST RM 4.207
ST LOUIS MO 63103-2833

6. ADMINISTERED BY *(If other than Item 5)* CODE
See Item 5

7. NAME AND ADDRESS OF CONTRACTOR *(No., street, city, county, State and Zip Code)*
ENGINEERED DEMOLITION INC
ANNA J CHONG
695 CAPSTONE CT SUITE A
HAYDEN LAKE ID 83835

CODE 03CB2 FACILITY CODE

8. DELIVERY Destination
☐ FOB ORIGIN ☒ OTHER *(See below)*

9. DISCOUNT FOR PROMPT PAYMENT
Net

10. SUBMIT INVOICES *(4 copies unless otherwise specified)* TO THE ADDRESS SHOWN IN: ▶ ITEM 11

11. SHIP TO/MARK FOR CODE
FUSRAP AREA OFFICE ATTN: CEMVS-CO-CF
8945 LATTY AVE
BERKELEY MO 63134

12. PAYMENT WILL BE MADE BY CODE
USACE FINANCE CENTER
ST LOUIS DISTRICT (B3) 5722 INTEGRITY DRIVE
MILLINGTON TN 38054-5005

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☒ 10 U.S.C. 2304(c) ( 5 ) ☐ 41 U.S.C. 253(c) ( )

14. ACCOUNTING AND APPROPRIATION DATA
SEE SECTION G

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | HAZELWOOD INTERIM STORAGE SITE (HISS), MAIN PILE REMOVAL, PHASE 2, NORTH HALF, FUSRAP, ST. LOUIS, MISSOURI – Services shall be provided in accordance with the attached Request for Proposal No. DACW43-01-R-0702, dated 7/24/01 and changes as negotiated on 8/16/01 and 8/17/01 and incorporated herein. | | | | |

REVIEWED AND FOUND TO BE LEGALLY SUFFICIENT
Mark Wiensch
27 Aug. 2001

15G. TOTAL AMOUNT OF CONTRACT ▶ $ 2,301,894.67

16. TABLE OF CONTENTS

| (√) | SEC. | DESCRIPTION | PAGE(S) | (√) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 70 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 4 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 108 | X | J | LIST OF ATTACHMENTS | 1 |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 1 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 2 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | G | CONTRACT ADMINISTRATION DATA | 1 | | M | EVALUATION FACTORS FOR AWARD | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 13 | | | | |

*CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE*

17. ☒ CONTRACTOR'S NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return* 2 *copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. *(Attachments are listed herein.)*

18. ☐ AWARD *(Contractor is not required to sign this document.)* Your offer on Solicitation Number ________, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

Anna Chong, President
19A. NAME AND TITLE OF SIGNER *(Type or print)*

20A. NAME OF CONTRACTING OFFICER
BRENDA WYNNE-GEORGE

Engineered Demolition, Inc.
19B. NAME OF CONTRACTOR
BY [signature] *(Signature of person authorized to sign)*

19C. DATE SIGNED 29 Aug 01

20B. UNITED STATES OF AMERICA
BY Brenda Wynne-George *(Signature of Contracting Officer)*

20C. DATE SIGNED 31 Aug 01

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE 26-107 STANDARD FORM 26 (REV. 4-85) Prescribed by GSA FAR (48 CFR) 53.214(a) USAPPC V1.00

# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING | PAGE 1 OF PAGES 1

| 2. CONTRACT NO. | 3. SOLICITATION NO. | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NO. |
|---|---|---|---|---|
| | DACW43-01-R-0702 | [ ] SEALED BID (IFB)<br>[X] NEGOTIATED (RFP) | 24 July 2001 | W81C8X-0350-9875 |

| 7. ISSUED BY CODE DACW43 | 8. ADDRESS OFFER TO (If other than Item 7) CODE |
|---|---|
| CONTRACTING DIVISION<br>USARMY ENGR DIST ST LOUIS<br>1222 SPRUCE ST, RM 4.207<br>ST LOUIS MO 63103-2833<br>TEL:<br>FAX: | See Item 7<br>TEL:<br>FAX: |

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and 1 copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in ____________ until ______ (Hour) local time ______ (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE (Include area code)(NO COLLECT CALLS) | C. E-MAIL ADDRESS |
|---|---|---|---|
| | JO ANN C. MORITZ | 314-331-8507 | Joann.C.Moritz@mvs02.usace.army.mil |

11. TABLE OF CONTENTS



| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/ CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 70 |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 3 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| X | C | DESCRIPTION/ SPECS./ WORK STATEMENT | 110 | X | J | LIST OF ATTACHMENTS | 1 |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 1 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 8 |
| X | F | DELIVERIES OR PERFORMANCE | 2 | | | | |
| | G | CONTRACT ADMINISTRATION DATA | | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 3 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 13 | | M | EVALUATION FACTORS FOR AWARD | |



## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within 60 calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8)

| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |

| 15A. NAME AND ADDRESS OF OFFEROR (CODE / FACILITY) | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) |
|---|---|
| Engineered Demolition, Inc.<br>695 Capstone Ct., Ste A<br>Hayden, ID 83835 | Anna Chong<br>President |

| 15B. TELEPHONE NO (Include area code) | 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. | 17. SIGNATURE | 18. OFFER DATE |
|---|---|---|---|
| (208) 772-2600 | [ ] | [signature] | 8/9/01 |

## AWARD (To be completed by Government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION |
|---|---|---|
| | | |

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: [ ] 10 U.S.C. 2304(c)( ) [ ] 41 U.S.C. 253(c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM

24. ADMINISTERED BY (If other than Item 7) CODE

25. PAYMENT WILL BE MADE BY CODE

26. NAME OF CONTRACTING OFFICER (Type or print)

27. UNITED STATES OF AMERICA (Signature of Contracting Officer)

28. AWARD DATE

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

Previous Edition is Unusable 33-134 STANDARD FORM 33 (REV. 9-97) Prescribed by GSA FAR (48 CFR) 53.214(c)

SECTION B Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | Mobilization and Preparatory Work | 1.00 | Lump Sum | XXX | $ 132,931.09 |
| 0002 | Monitoring, Sampling, Testing, and Analysis | 1.00 | Lump Sum | XXX | 186,894.76 |
| 0003 | Site Work | 1.00 | Lump Sum | XXX | 73,636.11 |
| 0004 thru 0007 | NOT USED | | | | |
| 0008 | Main Pile Removal | 8,080.00 | Cubic Yard | $ 49.00 | 395,920.00 |
| 0009 thru 0018 | NOT USED | | | | |
| 0019 | Disposal - Rail Transportaton | 10,500.00 | Cubic Yard | $ 125.50 | 1,317,750.00 |
| 0020 | Site Restoration | 1.00 | Lump Sum | XXX | 59,644.25 |
| 0021 | Demobilization | 1.00 | Lump Sum | XXX | 135,118.46 |
| | | | TOTAL ABOVE ITEMS | | $ 2,301,894.67 |

**BIDDING SCHEDULE NOTES**

1. All quantities shown on the SUPPLIES OR SERVICES AND PRICE/COSTS are estimated quantities except when the unit is shown as Lump Sum.

2. The Item No. Descriptions coincide with the U.S. Army Corps of Engineers Work Breakdown Structure for Hazardous and Toxic Remediation Wastes (HTRW-WBS). Only those features anticipated to be required are used and listed.

3. MOBILIZATION AND PREPARATORY WORK, Item No. 0001, includes submittals and implementation plans, mobilization of personnel, facilities and construction equipment, setup and construction of temporary facilities, temporary utilities, required training and institutional controls.

   a. Submittals and Implementation Plans includes all work associated with the preparation, review, and submittal of all required plans as designated in the Contract Documents and any local, state and federal permits.

   b. Mobilization of Personnel includes relocation of supervisory personnel and workmen.

   c. Mobilization of Construction Equipment includes preparation of equipment for transport, equipment transportation and setup, manifests, tolls, permits, escort vehicles, drivers and equipment operators.

   d. Setup and Construction of Temporary Facilities includes preparation of the contractor laydown/storage area, the procurement, setup and construction of office trailers, emergency and decontamination facilities, access roads, facilities, staging areas and other temporary facilities.

   e. Temporary Utilities are power and lighting, telephone, water, sewer and gas services to be in place only during this construction contract.

   f. Required Training for Contractor Employees includes the training described in Section 01130 - ENVIRONMENTAL PROTECTION, Paragraph 3.8.

   g. Institutional Controls include all measures required to protect the public health and safety, such as posting warning signs, placing fencing around the site, etc.

4. MONITORING, SAMPLING, TESTING AND ANALYSIS, Item No. 0002, includes two features: (1) All equipment, labor and materials associated with executing the Safety, Health and Emergency Response (HTRW) plans required in SECTIONS 01130 and 01351; and (2) all such work in compliance with applicable regulations required to verify and ensure that the waste shipped for disposal meets the applicable, acceptance criteria established by Envirocare of Utah or another licensed disposal facility, as approved by the Contracting Officer or their representative.

5. SITEWORK, Item No. 0003, includes site preparation, site development and site maintenance associated with and required for the removal of the Main Pile.

   a. Site Preparation includes protection of monitoring wells, utilities and manholes and other associated activities.

   b. Site Development includes all work to divert and collect storm and surface water flows, and to control erosion by means of the storm water and sediment control system,

drainage ditching and swales, silt fencing, erosion matting, construction of berms to collect runoff, and other erosion control measures, as required.

c. Site Maintenance includes radiologically monitoring and maintenance of the Haul Road.

6. MAIN PILE REMOVAL, Item No. 0008, includes all work to completely remove and load the contaminated waste material, and liners and geonets by front-end loader, backhoe or other mechanical means to the railroad cars. This item shall also include all work to provide, remove and replace a tarp to protect the pile and all open/disturbed areas during removal activities.

7. DISPOSAL – RAIL TRANSPORTATION (COMMERCIAL), Item No. 0019, provides for the final placement of waste at third party commercial facilities that charge a fee to accept waste, and includes transportation to the final disposal facility. Disposal fees are not part of this contract. All work and costs involved with the transportation, by rail, to the disposal site are to be included in Item No. 0019, DISPOSAL - RAIL TRANSPORTATION, as further defined in the Measurement and Payment Clause.

8. SITE RESTORATION, Item No. 0020, includes installation of (new) separation/filtration geotextile material, the importation and placement of clean topsoil, fine grading, and revegetation.

9. DEMOBILIZATION, Item No. 0021, includes the takedown and removal of temporary facilities and utilities, the cleaning and decontamination of equipment, preparation of as-built drawings, and all activities for transporting equipment from the site.

| Activity | Material Determination | Material Disposition | Payment |
|---|---|---|---|
| Removal of Main Pile (low-level contaminated soil) | none | All loaded | 0008 – Main Pile Removal |

10. **CHANGES TO DRAWINGS AS A RESULT OF CONTRACT NEGOTIATIONS.** Make the following pen and ink changes to the drawings previously provided:

<u>Drawing No. FU-HS-4/C-1</u>, Plan View – Delete the reference to Note 11

<u>Drawing No. FU-HS-4/C-1</u>, Notes – Delete Note 11 and substitute the following in lieu thereof:

All areas disturbed by the Contractor outside the main pile area shall be mulched and hydraulically seeded in accordance with Sections 802.2.3, 802.2.3.2, 802.3.3, 805.2.1.and 805.3.2.1 of the Missouri Standard Specifications for Highway Construction, 1999.

Seed shall be labeled in accordance with U.S. Department of Agriculture Rules and Regulations under the Federal Seed Act, as reprinted with amendments August 1963. Seed shall be fresh, new crop, furnished in sealed, standard containers unless written exception is granted. The seed mixes, rates of application, minimum percent purity and germination, and maximum percent weed control shall be as shown in the following table:

| Kind of Seed | Pounds Per Acre | Minimum Purity | Minimum Germination | Maximum Weed Content |
|---|---|---|---|---|
| Common Perennial Rye Grass Lolium perenne | 50 | 98 | 85 | 0.8 |
| Kentucky 31 Tall Fescue Festuca Arundinacea | 50 | 98 | 85 | 0.8 |

Drawing No. FU-HS-4/C-4, General Notes – Note 5 – Delete the last sentence of the note.

**END OF SECTION B**

## SECTION 01025

## MEASUREMENT AND PAYMENT

### PART 1 GENERAL

1.1 REFERENCES

None.

1.2 LUMP SUM PAYMENT ITEMS

Payment items for the work of this contract for which contract lump sum payments will be made are listed in the BIDDING SCHEDULE and described below. All costs for items of work, which are not specifically mentioned to be included in a particular lump sum or unit price payment item, shall be included in the listed lump sum item most closely associated with the work involved. The lump sum price and payment made for each item listed shall constitute full compensation for furnishing all plant, labor, materials, and equipment; and performing any associated Contractor quality control; ensuring environmental protection; meeting safety requirements; conducting tests and reports; and performing all work required for which separate payment is not otherwise provided.

1.2.1 Mobilization and Demobilization

a. Payment will be made for all costs associated with the mobilization and preparatory work bid item, including training costs, as specified in Section B, Note 3.

b. Unit of measure – Lump Sum.

1.2.2 Monitoring, Sampling, Testing and Analysis

a. Payment will be made for all costs associated with the monitoring, sampling, testing and analysis work, as specified in Section B, Note 4.

b. Unit of measure – Lump Sum.

1.2.3 Site Work

a. Payment will be made for all costs associated with the site work, as specified in Section B, Note 5.

b. Unit of measure – Lump Sum.

1.2.4 Site Restoration

a. Payment will be made for all costs associated with the site restoration, as specified in Section B, Note 8.

b. Unit of measure – Lump Sum.

1.2.5 Demobilization

a. Payment will be made for all costs associated with demobilization, as specified in Section B, Note 9.

b. Unit of measure – Lump Sum.

1.3 UNIT PRICE PAYMENT ITEMS

Payment items for the work of this Contractor on which the contract unit price payments will be made are listed in the BIDDING SCHEDULE and described below. The unit price and payment made for each item listed shall constitute full compensation for furnishing all labor, materials, and equipment, and performing any associated Contractor quality control, environmental protection, meeting safety requirements, tests and reports, and for performing all work required for each of the unit price items.

1.3.1 Main Pile Removal

a. Payment – Payment will be made for all costs associated with the removal of waste from the Main Pile, as specified in SECTION 02221. The amount paid for will be the actual number of cubic yards of material, measured in its original position and removed from the pile, which is acceptably disposed of as herein specified. The measurement will not include the yardage removed without authorization or the yardage of any material not disposed of at Envirocare of Utah. The measurement will not include the amount of any removal performed prior to the taking of elevations and measurements of the undisturbed grade. The measurements will not include any grading or earthmoving required to construct temporary storage facilities or control drainage.

b. Unit of Measure – cubic yard (in situ). The unit of measurement for removal will be in-place cubic yards, computed by the difference in topographic surveys taken by the Government before and after the removal of the Main Pile.

1.3.2 Disposal – Rail Transportation

a. Payment – Payment will be made for all costs associated with the transportation of the waste. Disposal fees are not part of this contract. All work and costs involved with the transportation, by rail, to the disposal site are to be included in this item.

b. Unit of Measure – Ex-situ cubic yards as measured in the rail cars.

**PART 2 PRODUCTS**

(Not Applicable)

**PART 3 EXECUTION**

(Not Applicable)

**END OF SECTION 01025**

SECTION I Contract Clauses



| FAR/DFARS | Clause Title | Version Date | Page |
|---|---|---|---|
| 52.202-1 | Definitions | MAR 2001 | 1 |
| 52.203-3 | Gratuities | APR 1984 | 2 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 | 3 |
| 52.203-6 | Restrictions On Subcontractor Sales To The Government | JUL 1995 | 3 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 | 4 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 | 5 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 | 6 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | JUN 1997 | 7 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 | 11 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JUL 1995 | 12 |
| 52.215-2 | Audit and Records--Negotiation | JUN 1999 | 13 |
| 52.215-8 | Order of Precedence--Uniform Contract Format | OCT 1997 | 14 |
| 52.215-10 | Price Reduction for Defective Cost or Pricing Data | OCT 1997 | 14 |
| 52.215-12 | Subcontractor Cost or Pricing Data | OCT 1997 | 16 |
| 52.215-15 | Pension Adjustments and Asset Reversions | DEC 1998 | 16 |
| 52.215-18 | Reversion or Adjustment of Plans for Postretirement Benefits (PRB) Other than Pensions | OCT 1997 | 17 |
| 52.215-19 | Notification of Ownership Changes | OCT 1997 | 17 |
| 52.219-8 | Utilization of Small Business Concerns | OCT 2000 | 17 |
| 52.219-14 | Limitations On Subcontracting | DEC 1996 | 19 |
| 52.222-3 | Convict Labor | AUG 1996 | 19 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | SEP 2000 | 20 |
| 52.222-26 | Equal Opportunity | FEB 1999 | 21 |
| 52.222-35 | Affirmative Action For Disabled Veterans And Veterans of the Vietnam Era | APR 1998 | 22 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 | 24 |
| 52.222-37 | Employment Reports On Disabled Veterans And Veterans Of The Vietnam Era | JAN 1999 | 25 |
| 52.222-41 | Service Contract Act Of 1965, As Amended | MAY 1989 | 26 |
| 52.222-44 | Fair Labor Standards And Service Contract Act - Price Adjustment | MAY 1989 | 32 |
| 52.223-3 | Hazardous Material Identification And Material Safety Data | JAN 1997 | 33 |
| 52.223-5 | Pollution Prevention and Right-to-Know Information | APR 1998 | 34 |
| 52.223-6 | Drug-Free Workplace | MAR 2001 | 34 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | JUL 2000 | 36 |
| 52.227-1 | Authorization and Consent | JUL 1995 | 36 |
| 52.229-4 | Federal, State And Local Taxes (Noncompetitive Contract) | JAN 1991 | 37 |
| 52.232-1 | Payments | APR 1984 | 38 |
| 52.232-8 | Discounts For Prompt Payment | MAY 1997 | 38 |
| 52.232-11 | Extras | APR 1984 | 39 |
| 52.232-17 | Interest | JUN 1996 | 39 |
| 52.232-23 | Assignment Of Claims | JAN 1986 | 39 |
| 52.232-25 | Prompt Payment | MAR 2001 | 40 |
| 52.232-33 | Payment by Electronic Funds Transfer--Central Contractor Registration | MAY 1999 | 44 |
| 52.233-1 | Disputes | DEC 1998 | 46 |
| 52.233-3 | Protest After Award | AUG 1996 | 47 |

| | | | |
|---|---|---|---|
| 52.236-13 Alt I | Accident Prevention (Nov 1991) - Alternate I | NOV 1991 | 48 |
| 52.242-13 | Bankruptcy | JUL 1995 | 49 |
| 52.243-1 Alt II | Changes--Fixed-Price (Aug 1987) - Alternate II | APR 1984 | 49 |
| 52.244-5 | Competition In Subcontracting | DEC 1996 | 50 |
| 52.244-6 | Subcontracts for Commercial Items and Commercial Components | MAR 2001 | 50 |
| 52.246-25 | Limitation Of Liability--Services | FEB 1997 | 51 |
| 52.248-1 | Value Engineering | FEB 2000 | 51 |
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | SEP 1996 | 57 |
| 52.249-8 | Default (Fixed-Price Supply & Service) | APR 1984 | 60 |
| 52.253-1 | Computer Generated Forms | JAN 1991 | 61 |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 | 62 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | MAR 1999 | 62 |
| 252.209-7000 | Acquisition From Subcontractors Subject To On-Site Inspection Under The Intermediate Range Nuclear Forces (INF) Treaty | NOV 1995 | 63 |
| 252.219-7009 | Section 8(a) Direct Award | JUN 1998 | 64 |
| 252.223-7004 | Drug-Free Work Force | SEP 1988 | 64 |
| 252.223-7006 | Prohibition On Storage And Disposal Of Toxic And Hazardous Materials | APR 1993 | 66 |
| 252.231-7000 | Supplemental Cost Principles | DEC 1991 | 66 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 | 66 |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 | 66 |
| 252.247-7023 | Transportation of Supplies by Sea | MAR 2000 | 67 |
| 252.247-7024 | Notification Of Transportation Of Supplies By Sea | MAR 2000 | 70 |

(d) Whenever the Contracting Officer becomes aware of any noncompliance with these requirements or any condition which poses a serious or imminent danger to the health or safety of the public or Government personnel, the Contracting Officer shall notify the Contractor orally, with written confirmation, and request immediate initiation of corrective action. This notice, when delivered to the Contractor or the Contractor's representative at the work site, shall be deemed sufficient notice of the noncompliance and that corrective action is required. After receiving the notice, the Contractor shall immediately take corrective action. If the Contractor fails or refuses to promptly take corrective action, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. The Contractor shall not be entitled to any equitable adjustment of the contract price or extension of the performance schedule on any stop work order issued under this clause.

(e) The Contractor shall insert this clause, including this paragraph (e), with appropriate changes in the designation of the parties, in subcontracts.

(f) Before commencing the work, the Contractor shall-

(1) Submit a written proposed plan for implementing this clause. The plan shall include an analysis of the significant hazards to life, limb, and property inherent in contract work performance and a plan for controlling these hazards; and

(2) Meet with representatives of the Contracting Officer to discuss and develop a mutual understanding relative to administration of the overall safety program.

52.242-13 BANKRUPTCY (JUL 1995)

In the event the Contractor enters into proceedings relating to bankruptcy, whether voluntary or involuntary, the Contractor agrees to furnish, by certified mail or electronic commerce method authorized by the contract, written notification of the bankruptcy to the Contracting Officer responsible for administering the contract. This notification shall be furnished within five days of the initiation of the proceedings relating to bankruptcy filing. This notification shall include the date on which the bankruptcy petition was filed, the identity of the court in which the bankruptcy petition was filed, and a listing of Government contract numbers and contracting offices for all Government contracts against which final payment has not been made. This obligation remains in effect until final payment under this contract.

(End of clause)

52.243-1 CHANGES--FIXED-PRICE (AUG 1987) - ALTERNATE II (APR 1984)

(a) The Contracting Officer may at any time, by written order, and without notice to the sureties, if any, make changes within the general scope of this contract in any one or more of the following:

(1) Description of services to be performed.

(2) Time of performance (i.e., hours of the day, days of the week, etc.).

(3) Place of performance of the services.

(4) Drawings, designs, or specifications when the supplies to be furnished are to be specially manufactured for the Government, in accordance with the drawings, designs, or specifications.

(b) If any such change causes an increase or decrease in the cost of, or the time required for, performance of any part of the work under this contract, whether or not changed by the order, the Contracting Officer shall make an equitable adjustment in the contract price, the delivery schedule, or both, and shall modify the contract.

(c) The Contractor must assert its right to an adjustment under this clause within 30 days from the date of receipt of the written order. However, if the Contracting Officer decides that the facts justify it, the Contracting Officer may receive and act upon a proposal submitted before final payment of the contract.

(d) If the Contractor's proposal includes the cost of property made obsolete or excess by the change, the Contracting Officer shall have the right to prescribe the manner of the disposition of the property.

(e) Failure to agree to any adjustment shall be a dispute under the Disputes clause. However, nothing in this clause shall excuse the Contractor from proceeding with the contract as changed.

52.244-5 COMPETITION IN SUBCONTRACTING (DEC 1996)

(a) The Contractor shall select subcontractors (including suppliers) on a competitive basis to the maximum practical extent consistent with the objectives and requirements of the contract.

(b) If the Contractor is an approved mentor under the Department of Defense Pilot Mentor-Protege Program (Pub. L. 101–510, section 831 as amended), the Contractor may award subcontracts under this contract on a noncompetitive basis to its proteges.

52.244-6 SUBCONTRACTS FOR COMMERCIAL ITEMS AND COMMERCIAL COMPONENTS (MAR 2001)

(a) Definitions. As used this clause--

"Commercial item", has the meaning contained in the clause at 52.202-1, Definitions.

"Subcontract", includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.

(b) To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or nondevelopmental items as components of items to be supplied under this contract.

(c)(1) The following clauses shall be flowed down to subcontracts for commercial items:

(i) 52.219-8, Utilization of Small Business Concerns (OCT 2000) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ii) 52.222-26, Equal Opportunity (FEB 1999) (E.O. 11246).

(iii) 52.222-35, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (APR 1998) (38 U.S.C. 4212(a)).

(iv) 52.222-36, Affirmative Action for Workers with Disabilities (JUN 1998) (29 U.S.C. 793).

**DEPARTMENT OF THE ARMY**
ST. LOUIS DISTRICT, CORPS OF ENGINEERS
1222 SPRUCE STREET
ST. LOUIS, MISSOURI 63103-2833

REPLY TO
ATTENTION OF:

July 9, 2002

Contracting Division

SUBJECT: Modification P00006 on Contract No. DACW43-01-C-0426 for Hazelwood Interim Storage Site (HISS), Main Pile Removal Action, Phase 2, North Half, FUSRAP, St. Louis, Missouri

Ms. Anna J. Chong, President
Engineered Demolition, Inc.
3901 Schreiber Way
Coeur d'Alene, Idaho 83815

Dear Ms. Chong:

Enclosed for your retention is signed modification to subject contract. Please acknowledge receipt by signing where indicated below and returning a copy of this letter as soon as possible.

For additional information, if necessary, please contact Ms. Jo Ann C. Moritz, Contract Specialist, at (314) 331-8507. She can also be reached via e-mail at Joann.C.Moritz@mvs02.usace.army.mil.

Sincerely,

Brenda Wynne-George
Contracting Officer

Enclosures

Receipt of above-referenced modification is acknowledged; but we reserve all rights to seek equitable adjustment; further main pile removal quantity short 73 cu. yd, and rail transport quantity short .20 cu. yd.

Engineered Demolition, Inc. 7-25-02
DATE

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 / 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00006 | 09-Jul-2002 | W81C8X-0350-9875 | |

| 6. ISSUED BY | CODE DACW43 | 7. ADMINISTERED BY (If other than item 6) | CODE |
|---|---|---|---|
| CONTRACTING DIVISION<br>USARMY ENGR DIST ST LOUIS<br>1222 SPRUCE ST, RM 4.207<br>ST LOUIS MO 63103-2833 | | See Item 6 | |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

ENGINEERED DEMOLITION INC
ANNA J CHONG
3901 SCHREIBER WAY
COEUR D'ALENE ID 83815

CODE 03CB2 FACILITY CODE

| | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MOD. OF CONTRACT/ORDER NO. DACW43-01-C-0426 |
| X | 10B. DATED (SEE ITEM 13) 31-Aug-2001 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

ADMINISTRATIVE CHANGE

Reference above-numbered contract for Hazelwood Interim Storage Site (HISS), Main Pile Removal Action, Phase 2, North Half, FUSRAP, St. Louis, Missouri.

(Continued on Page 2)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | BRENDA WYNNE-GEORGE / CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | BY [signature] (Signature of Contracting Officer) | 09-Jul-2002 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SF 30 BLOCK 14 CONTINUATION PAGE

It has been determined necessary to modify this contract pursuant to Section I, FAR 52.243-1 (Alt. II) "Changes—Fixed Price" and Section 01025 (Section C) Measurement and Payment to reflect the following changes:

**Changes in Section B –**

**Line Items 0008 and 0019 are hereby changed to read as follows:**

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008 | Main Pile Removal | 6,677.00 | Cubic Yard | $49.00 | $327,173.00 |
| 0019 | Disposal - Rail Transportation | 7,338.72 | Cubic Yard | $125.50 | $921,009.36 |

This administrative modification is issued to reflect the quantity variation for the above items as computed from field surveys and agreed upon by the contractor and the Government.

As a result of this modification, the total contract amount is changed from $2,332,044.67 to $1,866,557.03, a decrease of $465,487.64.

To the extent as provided in Special Contract Requirement, EFARS 52.232-5002 "CONTINUING CONTRACTS - ALTERNATE" (Section H, page 10 of 13), funds available for payment are hereby decreased in the amount of $465,487.64, from $2,332,044.67 to $1,866,557.03.

Accounting and Appropriation Data:
AA: 96X31300000 082413 2520C7384G081319 NA 96233
is decreased by $465,487.64 from $2,332,044.67 to $1,866,557.03