IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGINEERED DEMOLITION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 03-2231C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR SUMMARY JUDGMENT**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff Engineered Demolition, Inc. (ENDE) moves the Court for an enlargement of time of twenty-one (21) days, to and including November 21, 2005, within which it may file its response to Defendant's Motion for Partial Dismissal for Lack of Subject Matter Jurisdiction and for Summary Judgment (Dispositive Motion). Plaintiff's response is now due October 31, 2005. This is ENDE's first request for an enlargement of time for this purpose. Defendant, the United States, has authorized ENDE to represent that Defendant does not oppose this request for an enlargement of time.

Due to out-of-town business travel and the press of deadlines in other cases (some before this Court), ENDE's attorneys need additional time to prepare the response to Defendant's motion. Lead counsel for ENDE was in Chicago working with a client on a U.S. State Department Government contract claim and supported that effort for much of the week of October 3, 2003. During the week of October 10th, lead counsel for ENDE had to accompany his wife to a local hospital for knee surgery. This kept ENDE's lead counsel from working for roughly 2-1/2 days during that week. From Sunday, October 23, 2003 through Tuesday, October

25, 2003, lead counsel for ENDE was in Columbia, SC taking and defending depositions in *UniTech Services Group, Inc. v. ENVIRO AgScience, Inc.*, a matter pending in local court in SC. All of these matters were scheduled in advance of Defendant's filing of its Dispositive Motion in the instant matter.

In addition to the foregoing, counsel for Plaintiff has had to support approximately eight other ongoing Government contracts matters since Defendant's filing of its Dispositive Motion in the instant action. This ongoing work included, *inter alia*, planning discovery and preparing Initial Disclosures in *Government Telecommunications, Inc. v. United States*, No. 05-463C (before Senior Judge Smith) and *ASA Enterprises, Inc. v. United States*, No. 05-698C (before Judge Block), both at the U.S. Court of Federal Claims. Counsel for Plaintiff further represents that it has worked on each weekend since the filing of Defendant's Dispositive Motion in the instant action in an effort to keep up with the workload and timely oppose Defendant's motion.

For the foregoing reasons, ENDE respectfully requests that the Court grant an enlargement of time of twenty-one (21) days, to and including November 21, 2005, within which it may file its response to Defendant's Dispositive Motion.

Respectfully submitted,

Dated: October 26, 2005

s/ John C. Person
John C. Person, Esquire
PERSON & CRAVER LLP
1801 K Street, NW
Washington, DC 20006
(202) 466-4434 - phone
(202) 466-4416 - fax

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of October, 2005, I served Andrew P. Averbach, Esq., Defendant's counsel, with the following document by filing it electronically in accordance with the Court's CM/ECF rules and guidelines: PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR SUMMARY JUDGMENT.

s/ John C. Person