IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2231C

(Filed: October 28, 2005)

ENGINEERED DEMOLITION, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Before the court is Plaintiff's Unopposed Motion for An Enlargement of Time. Good cause having been shown, plaintiff's motion is GRANTED. Plaintiff shall respond to Defendant's Motion for Partial Dismissal for Lack of Subject Matter Jurisdiction and for Summary Judgment on or before November 21, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge