Preparatory Inspection Notes- Removal- Grading and Restoration- 9/10/01

Activities to occur include;
Lid removal-
Check erosion control zones.
Set up air monitors
Set up generators
Fuel tanks are set up similar to SLAPS site. Grounded- jersy barricades in place to protect tanks. Tanks are built with secondary containment in place.

DM- storm water management is critical. Some ~~repair currently required.~~ at the end of the project
Property is rented- all spills must be reported and ENDE shall submit a letter verifying no spills occurred. If there is a suspicion of spills may need samples.
Existing barrel of used oil needs to be removed from site.-
Need to check Haul road.- GC agreed to perform.

Government survey dictates payment as per the contract.

It is expected that the bucket scales may be off some as the equipment is brand new. We shall calibrate it as often as required at first- and ~~no longer than~~ at least every 10days.

Reviewed JHA. Specific concerns;
sampling and loader safety. Discussed methods of mitigation of hazards- eye contact, don't approach blind side of excavator, pinch point avoidance.
Back up alarms shall be on all equipment.
Rail cars shall be switched at night.
ENDE shall move cars- training shall be provided and a plan shall be provided.
Discussed ladder safety. May get a JLG to ensure lid operation is performed safety.
Shall attach 2 tag lines to first lids until ~~a comfort level is reached.~~ confident that lid
Slope stability
Guard against workers getting complacent.
Sign in required

Discussed capacity of cars. 106tons plus 1 ton lid remains under 108 ~~tom~~ N limit.
Operator weighs each bucket and keeps track.

Liners shall be placed in cars, absorbent on site. Bags are folded over- not sealed.

DM requested MFG recommendations for lids. Ecofab information was received after the meeting.

Discussed storm event- 2 portable tanks required in case of 10 year storm.
ENDE intends to use part of tank for dust control on road.

Pl. App. 1

DM-Absolutely can not release any water from this site.

Discussed hole created from last phase. Hole must be filled in with material form this site.

DM-If ENDE shoots gravel hydroseed is not required.

If oversized debris is found need to set it aside. Waste acceptance guidelines are per Envirocare specifications.

Blending using less contaminated material is acceptable. If there are any blending issues don't wait for the last car to resolve.

 CT-Y

DEPARTMENT OF THE ARMY
ST. LOUIS DISTRICT, CORPS OF ENGINEERS
8945 LATTY AVENUE
BERKELEY, MISSOURI 63134

October 1, 2001

FUSRAP/HISS HISS 0003

SUBJECT: Contract No. DACW43-01-C-0426, Hazelwood Interim Storage Site (HISS), Main Pile Removal, Phase 2, FUSRAP, St, Louis, Missouri, September 27th Coordination Meeting

Bill Welch, Sr. Project Manager
Engineered Demolition, Inc.
695 Capstone Ct., Suite A
P.O. Box 1838
Hayden Lake, Idaho 83835

Dear Mr. Welch:

Enclosed are copies of the Memorandum for Record from the coordination meeting held on September 27, 2001. I request that you make distribution of the enclosed copies to your staff and subcontractors. Please review and provide me comments by October 9, 2001.

Sincerely,

David E. Mueller

David E. Mueller, PE
Authorized Representative
of the Contracting Officer

Attach

CF: CEMVS-CT-Y
Mike Noble
File

CO-CF 27 September 2001

MEMORANDUM FOR RECORD

SUBJECT: Contract No. DACW43-01-D-0426, HISS Main Pile Removal Phase 2, FUSRAP, St. Louis, MO, ENDE, Coordination Meeting

1. A coordination meeting was held on 27 September 2001 in the Tech Trailer No. 1 Conference Room. Present were:

ENDE

Anna Chong – President
Bill Welch – Project Manager
John Williams – CQC System Manager
Russell Lewis – TDC
Jack McGiven

USACE

Lou Dell'Orco – Project Engineer
Dave Mueller – COR
Sonny Roberts – Project Manager

HAZMED

Dan Wilson – Environmental Engineer
Mike Noble- QA Representative

2. The following items were discussed:

A. Cracks in the Fiberglass Lids – This issue had been discussed and resolved earlier but was revisited because Sonny Roberts will be responsible for signing the manifests this week while Robin Parks is out. The lids will be repaired per the manufacturer's recommendations. Any through cracks will be caulked using silicone caulk. Larger holes will be evaluated on a case-by-case basis.

B. Final Grading Plan – Per previous discussion the low area cause by over excavation on the previous contract would be filled using material from the pile. ENDE will use the flow line of the West ditch as the starting point and run a two percent slope back to where it meets the existing haul road at the East and the granular fill at the North. The entire area will flow to the West with no standing water. A swale along the East and North edges is acceptable as long as the back slopes are no steeper than a three to one. The entire area will be covered with reinforced poly and then two inches of stone.

Pl. App. 4

C. Certification For Pay Estimate No. 2 – ENDE provided Dave Mueller with the required copies.

D. Subcontractor Forms - ENDE provide Dave Mueller with the required SF 1413 forms.

E. Topsoil – Dave Mueller informed ENDE that USACE is considering eliminating the spreading of the two topsoil stockpiles. Per negotiations the topsoil was to be spread and hydro-seeded. USACE is considering disposal off site.

F. Saturday Work – Bill Welch said that they had not decided as yet but would let USACE know this evening whether they plan to work Saturday.

G. Waste Oil – A sample has been taken and sent to the lab for analysis. Dave Mueller has asked that it be disposed of as soon as possible.

H. Electronic Copy of the Shipping Log – Dave Mueller asked ENDE to provide him an electronic copy of the shipping log. He will use it to check the disposal contract billings.

I. Schedule – Reviewed the current schedule. Scheduled to complete pile removal on 17 October 2001. Dave Mueller questioned that they had allotted only two weeks for deconning. Bill Welch said based on there past experience they feel it is adequate. Their current schedule shows them completing the entire project on 22 November 2001. The current Contract Completion Date is 6 December 2001.

J. Plans – ENDE still needs to submit the SOPs associated with the Radiation Protection Plan. Bill Welch said they are the same ones that were submitted under the last contract. He said they would make copies and submit them.

K. Better Coordination Between ENDE and USACE – Discussions ensued concerning several incidents that have occurred with respect to roles and responsibilities. ENDE stated that they are concerned with USACE's strict interpretation concerning the limits of the CQCM System Manager's duties. USACE was concern that the QA representative is finding the majority of deficiencies instead of the CQCSM. USACE was also concerned with a perceived lack of action by ENDE on these noted deficiencies. ENDE said they have been working to resolve them but the majority of the items were minor.

Following discussion both parties agreed to try and improve coordination. USACE will bring noted deficiencies to the CQCSM's attention immediately. We will continue to try and worked out minor issues at the field level. Any unresolved issues will be brought to the Project Manager's and COR's attention immediately. The CQCSM will spend additional time observing the ongoing operations and performing quality control.

L. SSHO – ENDE asked permission to combine the duties of the SSHO and the RSO into one. USACE asked them to make this request in writing prior to taking any action.

David E. Mueller

DAVID E. MUELLER
FUSRAP Area Engineer

Pl. App. 6

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ENGINEERED DEMOLITION, INC.,

Plaintiff,

vs. NO. 03-2231C

THE UNITED STATES,

Defendant.

DEPOSITION OF WILLIAM WELCH

Deposition upon oral examination of William Welch taken at the request of the Defendant, before Danelle Bungen, CSR, and Notary Public, at Engineered Demolition, 3901 Schreiber Way. Coeur d'Alene, Idaho, commencing at 9:00 a.m. on May 25, 2005.



Pl. App. 7

Page 26

overexcavation occurred. And that's my basic understanding.
Q. And do you know how many cubic yards of contaminated soil were removed as part of this overexcavation?
A. You know, I believe it was around seven to 800 yards of material -- You know, I can't say that for certain. I've got a number in mind of what we used to backfill it and I'm assuming --
Q. Um-hmm.
A. -- that it was about the same amount that represented the excavation itself.
Q. Is the number you have in mind to backfill, was that the 762?
A. Yeah, somewhere in that vicinity.
Q. And your best understanding was that the 762 you took out would be the same as the 762 that would go in.
A. Yes. There's a difference in ex situ and in situ.
Q. Um-hmm.
A. Ex situ being the amount of soil once it's been removed and fluffed up, basically, because it's now loose soil, as compared to in situ, which has been sitting there for 25 or 30 years and it's pretty well compacted.

Page 27

Q. To your knowledge, was Engineered Demolition paid for the excavation of -- and this is with respect to HISS II -- was Engineered Demolition paid with respect to the portion of so-called overexcavated materials?
A. Again, that was on Contract II. I'm not specifically aware of them being paid for it.
Q. Does that mean you don't know if they were or you don't know if they weren't?
A. I would be surprised if somehow they weren't compensated for the material, but I'm not directly aware of them being paid for the material that was excavated.
Q. Did there come a time when -- Well, let me ask that question differently. How did it come to be that Engineered Demolition filled the overexcavated portion on HISS II with materials excavated pursuant to HISS IV?
A. Near the completion of HISS IV, we were trying to gain an understanding, because there was a complete absence of information in the documents, an understanding of the specific grade that they wanted us to take the entire site to. We were at the completion of the main pile; we were trying to gain an understanding of where they wanted us to

Page 28

take the entire site to so that we would have the drainage that they wanted.
It was at that time that the government said -- gave us a fairly good idea where they wanted it to go and asserted the fact that they wanted the contaminated materials at the closing -- at the completion of work of Phase 4 to be -- to be placed into the overexcavated area.
Q. On HISS II.
A. The area that was overexcavated on HISS II.
Q. And did you just say that that was toward the end of the performance of HISS IV?
A. It was toward the end of the performance of HISS IV that we were informed by the government how they wanted that hole to be filled.
(Discussion off the record.)
Q. (BY MR. AVERBACH) Before I go any further, when you say "toward the end of the project," what time frame do you mean?
A. It was in late September, early October of 2001; and that's an estimate. It could have varied just a little bit one way or the other --
Q. Um-hmm.
A. -- of the time that the government informed us that they wanted the contaminated materials to go

Page 29

back into that hole.
Q. When you said "toward the end of the project" a moment ago, were you referring to all four of the HISS projects or just HISS IV specifically?
A. I think it's one and the same.
Q. Okay. I think that's why I thought -- I was a little bit confused. I'm going to show you -- or ask the court reporter first to mark as Exhibit 3 a copy of a document entitled "Preparatory Inspection Notes."
(Exhibit No. 3 - "Preparatory Inspection Notes" - marked for identification.)
MR. PERSON: Bear with me a second, Andrew. I'll check and see if I've got it.
MR. AVERBACH: Okay. It's a two-page document. I think it's got some handwritten notes on it, too.
MR. PERSON: I've got it.
MR. AVERBACH: Okay.
Q. (BY MR. AVERBACH) Sir, do you know who created this document?
A. This document should have been, and I believe was, created by the person we had assigned as the Quality Control manager on-site. His name was





Pl. App. 8