IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGINEERED DEMOLITION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2231C |
| v. | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 15-day enlargement of time, to and including December 23, 2005, within which to file a reply to plaintiff's opposition to our motion for partial dismissal and for summary judgment. Our reply is currently due on December 8, 2005. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has stated that plaintiff does not oppose this request.

The requested enlargement of time is necessary because undersigned counsel for the Government has been assigned a bid protest, KSD v. United States, Fed. Cl. No. 05-1299C, which has been placed upon an expedited briefing schedule and is anticipated to require motion practice over the next two weeks concerning the contents of the administrative record.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion to enlarge the time within to file a reply to plaintiff's opposition to our motion for partial dismissal and for summary judgment by fifteen days, to and including December 23, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax. (202) 305-2118

December 1, 2005

Attorneys for Defendant