IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2231C

(Filed: December 5, 2005)

ENGINEERED DEMOLITION, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion for An Enlargement of Time. Good cause having been shown, defendant's motion is GRANTED IN PART. Defendant shall respond to Plaintiff's Opposition to Defendant's Motion for Partial Dismissal for Lack of Subject Matter Jurisdiction and for Summary Judgment on or before January 6, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge