IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2231C

(Filed: January 9, 2006)

ENGINEERED DEMOLITION, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

It is hereby **ORDERED** that:

A hearing on defendant's motion for summary judgment and for partial dismissal for lack of subject matter jurisdiction shall be held on February 3, 2006, commencing at 10:00 a.m., at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC. The courtroom in which the hearing will be held shall be posted in the lobby of the building.

s/ Charles F. Lettow
Charles F. Lettow
Judge