IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2231C

(Filed: February 3, 2006)

| | |
|---|---|
| ENGINEERED DEMOLITION, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court hereby requests that defendant file, as part of the record in this case, a copy of the contract in question and all pertinent engineering drawings. At a hearing on February 3, 2006, defendant represented that the drawings are oversized such that they would be difficult for defendant to file and the court to read if they were submitted via the Electronic Case Filing system. Therefore, in accordance with Court of Federal Claims General Order No. 42A, the court grants leave for defendant to file the aforementioned contract and attendant engineering drawings in paper form. General Order No. 42A ¶¶ 3-4.

The contract and engineering drawings shall be filed on or before February 17, 2006.

It is hereby ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge