# In the United States Court of Federal Claims

**03-2231C**

**Filed: February 14, 2006**

**ENGINEERED DEMOLITION, INC.**

**v.**

**THE UNITED STATES**

**NOTICE OF FILING w/Contract Documents attached pursuant to the Court's Order dated February 3, 2006**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.