IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGINEERED DEMOLITION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2231C |
| v. | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff, Engineered Demolition, Inc. and defendant, the United States, respectfully request a 30-day enlargement of time, to and including May 31, 2006, to submit a joint status report containing a proposed post-discovery pretrial schedule. The parties further request that the Court postpone the status conference currently scheduled for May 11, 2006 and reschedule it following the submission of their joint status report.

The parties request this enlargement of time because they have engaged in settlement discussions during the last several weeks and believe that, if relieved of the need to comply with the submissions required by Appendix A of the RCFC, they may be able to resolve the case within the next thirty days. The parties will notify the Court promptly if they resolve the case or if it appears that resolution is not likely.

Respectfully submitted,

s/ John C. Person
JOHN C. PERSON
PERSON & CRAVER LLP
1801 K Street, N.W.
Washington, DC 20006
Tel. (202) 466-4434
Fax (202) 466-4416

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax. (202) 305-2118

May 1, 2006

Attorneys for Defendant