IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2231C

(Filed: May 9, 2006)

ENGINEERED DEMOLITION, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the Joint Motion for an Enlargement of Time, filed May 1, 2006. Both parties request an additional thirty days by which to file their joint status report because they are attempting to resolve this matter through settlement. For good cause shown, the motion is GRANTED.

A status conference had been scheduled in this matter for May 11, 2006. In light of the joint motion, that status conference is rescheduled for June 13, 2006, commencing at 2:00 p.m., at the National Courts Building, 717 Madison Place, N.W., Washington, DC. The courtroom in which the hearing will be held shall be posted in the lobby of the building.

It is hereby **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge