IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGINEERED DEMOLITION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2231C |
| v. | ) | |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated May 9, 2006, the parties report that they have executed a settlement agreement resolving all issues raised in this litigation. The parties will file a stipulation of dismissal promptly upon receipt by plaintiff of the payment called for by the settlement agreement. In light of their agreement, the parties request that the Court cancel the status conference scheduled for June 13, 2006.

Respectfully submitted,

s/ John C. Person
John C. Person
PERSON & CRAVER LLP
1801 K Street, N.W.
Washington, DC 20006
Tel. (202) 466-4434
Fax (202) 466-4416

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax. (202) 305-2118

Attorneys for Defendant

May 31, 2006