IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2231C

(Filed: May 31, 2006)

ENGINEERED DEMOLITION, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is a Joint Status Report, filed May 31, 2006. Both parties state that they have executed a settlement agreement resolving all pending issues in this case. The parties request that the court cancel the upcoming status conference, scheduled for June 13, 2006.

In light of the settlement in this case, the court therefore cancels the status conference scheduled for June 13, 2006.

It is hereby **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge