IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ENGINEERED DEMOLITION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 03-2231C

(Judge Lettow)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by their respective attorneys, pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims, stipulate to the dismissal of the claims plaintiff has asserted in this action with prejudice, with each party to bear its own costs and attorney fees.

Respectfully submitted,

s/ John C. Person
John C. Person
PERSON & CRAVER LLP
1801 K Street, N.W.
Washington, DC 20006
Tel. (202) 466-4434
Fax (202) 466-4416

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax. (202) 305-2118

Attorneys for Defendant

August 16, 2006